UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> KIM HUNG HO, D/B/A THOA CAFE, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 11-CV-01163-LHK <br><br> ORDER CONTINUING CASE <br> MANAGEMENT CONFERENCE |

In light of the July 21, 2011 Clerk's Notice of Entry of Default against Defendant [dkt. #12], the Court continues the scheduled September 7, 2011 case management conference to Wednesday, October 12, 2011 at 2:00 p.m.  The case management conference statement is due by Wednesday, October 5, 2011.

The deadline for Plaintiff to file its motion for entry of default judgment is Friday, September 23, 2011.  In the event Plaintiff does file and notice such a motion for hearing, the Court will continue the October 12, 2011 case management conference to the date of the motion hearing.  Otherwise, the October 12, 2011 case management conference will proceed as scheduled.

**IT IS SO ORDERED.**

Dated: August 30, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge